UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-6858

FRANK ROBERT WEST, JR.,

Petitioner - Appellant,

Versus

RONALD ANGELONE, Director, Department of
Corrections,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior
District Judge. (CA-98-160-AM)

Submitted: October 8, 1998       Decided: Octcober 26, 1998

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Frank Robert West, Jr., Appellant Pro Se. Pamela Anne Sargent,
Assistant Attorney General, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Frank West appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Inmates have no protected liberty interest in remaining in or being assigned to a particular good conduct allowance level,[*] and thus West was not entitled to a due process hearing prior to the change in his good conduct status. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. West v. Angelone, No. CA-98-160-AM (E.D. Va. Feb. 4, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] See James v. Robinson, 863 F. Supp. 275 (E.D. Va.), aff'd, 45 F.3d 426 (4th Cir. 1994) (unpublished).

2